AO 104 (Rev. 07/16) Tracking Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By _____ Deputy Clerk

In the Matter of the Tracking of )
*(Identify the person, property, or object to be tracked)* )
) Case No. MJ22-240
A United States Postal Service RUSE PARCEL, as )
further described in Attachment A )
)
)

## TRACKING WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and ☑ is located in this district;  ☐ is not now located in this district, but will be at execution;  ☐ the activity in this district relates to domestic or international terrorism;  ☐ other: _____

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that *(check the appropriate box)* ☐ using the object   ☑ installing and using a tracking device to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☑ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device: A United States Postal Service RUSE PARCEL, as further described in Attachment A attached and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant and begin use of the object or complete any installation authorized by the warrant by ___June 10, 2022___ *(no later than 10 days from the date this warrant was issued)* and may continue to use the device until ___July 15, 2022___ *(no later than 45 days from the date this warrant was issued)*. The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*

☐ into the vehicle described above    ☑ onto the private property described above
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)* ___any Magistrate judge of this district___ and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☐ Pursuant to 18 U.S.C. § 3103a(b)(1), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and this warrant prohibits the seizure of any tangible property or any wire or electronic communications (as defined in 18 U.S.C § 2510). I therefore authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  5/31/2022 at 1:00pm

_____
Judge's signature

City and state:  Seattle, Washington

Hon. Mary Alice Theiler, U.S. Magistrate Judge
*Printed name and title*

USAO # 2022R00625

AO 104 (Rev. 07/16)  Tracking Warrant (Page 2)

Case No. MJ22-240

### Return of Tracking Warrant With Installation

1. Date and time tracking device installed: 06/01/2022 ~9:30AM to ~12:30PM

2. Dates and times tracking device maintained: 06/01/2022 ~9:30AM to ~12:30PM

3. Date and time tracking device removed: 06/01/2022 ~12:30PM

4. The tracking device was used from (date and time): 06/01/2022 ~9:30AM

    to (date and time): 06/01/2022 ~12:30PM

### Return of Tracking Warrant Without Installation

1. Date warrant executed:

2. The tracking information was obtained from (date and time):

    to (date and time):

### Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 06/08/2022

[signature]

*Executing officer's signature*

FBI SA Shauna McCann
*Printed name and title*

## ATTACHMENT A

One parcel intended to look like a U.S. Mail parcel, hereinafter referred to as the "RUSE PARCEL," further described as follows:

RUSE PARCEL: One parcel intended to mimic a parcel mailed through the U.S. Mail system, with USPS tracking number "9505 5066 6181 2145 1120 99," addressed to CORY WHITNEY, 1025 18th Street NE, Apartment A, Auburn, Washington 98002.